**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEVADA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SKYE INTERNATIONAL, INC. | § | Case No. 11-51433 BTB |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2011 . The undersigned trustee was appointed on 04/28/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 7,643.87

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 25.96 |
| Bank service fees | | 426.73 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,191.18 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/31/2011 and the deadline for filing governmental claims was 12/31/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,514.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,514.39 , for a total compensation of $ 1,514.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 138.11 , for total expenses of $ 138.11 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/23/2014 By:/s/JERI COPPA-KNUDSON
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

| | |
|---|---|
| Case No: | 11-51433 BTB Judge: BRUCE T. BEESLEY |
| Case Name: | SKYE INTERNATIONAL, INC. |
| For Period Ending: | 10/23/14 |
| Trustee Name: | JERI COPPA-KNUDSON |
| Date Filed (f) or Converted (c): | 04/28/11 (f) |
| 341(a) Meeting Date: | 06/02/11 |
| Claims Bar Date: | 10/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash<br>PETTY CASH | 37.73 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>CHASE BANK ACCOUNT - DIP ACCOUNT | 263.77 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>WELLS FARGO CHECKING ACCOUNT #5200 | 388.95 | 388.95 | | 4,143.19 | FA |
| 4. Stock<br>100% EQUITY INTEREST IN TANKLESS.COM, INC. an ARIZONA CORPORATION | 1.00 | 1.00 | | 0.00 | FA |
| 5. Accounts Receivable<br>CUSTOMER ACCOUNTS | 14,977.47 | 0.00 | | 0.00 | FA |
| 6. Intellectual Property<br>PATENTS ON TANKLESS WATER HEATERS | 10,147.25 | 0.00 | | 0.00 | FA |
| 7. Vehicles<br>2009 TOYOTA COROLLA/UNABLE TO GET DUPLICATE TITLE/UNABLE TO SELL | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 8. Office Equipment<br>SEE FIXED ASSET LEDGER ATTACHED AS SCHEDULE B-1 | 6,601.37 | 0.00 | | 0.00 | FA |
| 9. Machinery and Supplies<br>SEE FIXED ASSET LEDGER ATTACHED AS SCHEDULE B-1 | 225,125.96 | 3,500.00 | | 3,500.00 | FA |
| 10. Inventory<br>FINISHED GOODS - SEE ATTACHED SCHEDULE B-1 | 279,572.34 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.68 | FA |
| 12. FINANCIAL ACCOUNTS<br>CHASE BUSINESS SAVINGS ACCOUNT/SERVICE CHARGES OFFSET | 100.00 | 100.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**


Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-51433 BTB Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | SKYE INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | | 341(a) Meeting Date: | 06/02/11 |
| | | Claims Bar Date: | 10/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. FINANCIAL ACCOUNTS<br>WELLS FARGO CHECKING (DIP ACCOUNT) #2883 | 0.00 | 0.00 | | 0.00 | FA |
| 14. FINANCIAL ACCOUNTS<br>WELLS FARGO SAVINGS ACCOUNT #2085 | 0.00 | 0.00 | | 0.00 | FA |
| 15. SECURITY DEPOSITS<br>JAMES COUNTS, LANDLORD/OFFICE LEASE DEPOSIT/offset outstanding rent | 17,700.00 | 17,700.00 | | 0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $564,915.84 | $31,689.95 | | $7,643.87 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 29, 2014, 09:38 am hearing for attorney compensation is 10/11/2014

July 31, 2014, 09:29 am awaiting response from attorney regarding fee application

May 22, 2014, 11:15 am F/A - reviewing case for possible legal fees owing to Jeff Hatman

January 22, 2014, 03:01 pm still trying to locate Debtor regardind title to vehicle

October 02, 2013, 11:59 am still trying to locate Debtor regardind title to vehicle

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| Case No: | 11-51433 BTB Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | SKYE INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | | 341(a) Meeting Date: | 06/02/11 |
| | | Claims Bar Date: | 10/31/11 |

June 26, 2013, 10:56 am letter sent to debtors atty requesting vehicle title.

OPEN PENDING NON EXEMPT ASSETS/VEHICLE
VERIFICATION OF SECURITY AGREEMENT VALIDITY

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 10/31/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-51433 -BTB
Case Name: SKYE INTERNATIONAL, INC.

Taxpayer ID No: *******2112
For Period Ending: 10/23/14

Trustee Name: JERI COPPA-KNUDSON
Bank Name: UNION BANK
Account Number / CD #: *******9087 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,558.48 | | 7,558.48 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,543.48 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,528.48 |
| 01/17/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PAYMENT<br>BOND #016048576 | 2300-000 | | 6.56 | 7,521.92 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,506.92 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,491.92 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,476.92 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,461.92 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,446.92 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,431.92 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,416.92 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,401.92 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,386.92 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,371.92 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,356.92 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,341.92 |
| 01/14/14 | 010002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA. 70139 | BOND 016048576 | 2300-000 | | 15.74 | 7,326.18 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,311.18 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,296.18 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,281.18 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,266.18 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,251.18 |
| | | | Page Subtotals | | 7,558.48 | 307.30 | |

**FORM 2**

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-51433 -BTB
Case Name: SKYE INTERNATIONAL, INC.

Taxpayer ID No: *******2112
For Period Ending: 10/23/14

Trustee Name: JERI COPPA-KNUDSON
Bank Name: UNION BANK
Account Number / CD #: *******9087 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,236.18 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,221.18 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,206.18 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,191.18 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,558.48 | 367.30 | 7,191.18 |
| Less: Bank Transfers/CD's | 7,558.48 | 0.00 | |
| Subtotal | 0.00 | 367.30 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 367.30 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 60.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-51433 -BTB
Case Name: SKYE INTERNATIONAL, INC.

Taxpayer ID No: *******2112
For Period Ending: 10/23/14

Trustee Name: JERI COPPA-KNUDSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5891 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/11 | 3 | WELLS FARGO BANK | BANK ACCOUNTS | 1129-000 | 4,143.19 | | 4,143.19 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,143.20 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,143.23 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,143.26 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,143.30 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,143.33 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,143.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.28 | 4,138.09 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,138.12 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.10 | 4,133.02 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,133.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.10 | 4,127.95 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,127.99 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.41 | 4,122.58 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,122.61 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.90 | 4,117.71 |
| 03/14/12 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND<br>BOND #016048576 | 2300-000 | | 3.66 | 4,114.05 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,114.08 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.06 | 4,109.02 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,109.05 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.22 | 4,103.83 |
| 05/31/12 | 9 | SUMMIT GREEN MANUFACTURING INC | SALE PROCEEDS | 1129-000 | 3,500.00 | | 7,603.83 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,603.86 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.21 | 7,598.65 |
| 06/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,598.71 |

Page Subtotals 7,643.65 44.94

**FORM 2**

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-51433 -BTB
Case Name: SKYE INTERNATIONAL, INC.

Taxpayer ID No: *******2112
For Period Ending: 10/23/14

Trustee Name: JERI COPPA-KNUDSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5891 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.46 | 7,590.25 |
| 07/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,590.32 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.95 | 7,580.37 |
| 08/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,580.43 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.63 | 7,570.80 |
| 09/28/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,570.86 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.69 | 7,562.17 |
| 10/15/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 7,562.20 |
| 10/15/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 3.72 | 7,558.48 |
| 10/15/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 7,558.48 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,643.87 | 7,643.87 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,558.48 | |
| Subtotal | 7,643.87 | 85.39 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,643.87 | 85.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9087 | 0.00 | 367.30 | 7,191.18 |
| Money Market Account (Interest Earn - ********5891 | 7,643.87 | 85.39 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,643.87 | 452.69 | 7,191.18 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.22 | 7,598.93 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 11-51433 -BTB | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | SKYE INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5891 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2112 | | |
| For Period Ending: | 10/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 23, 2014

Case Number: 11-51433
Debtor Name: SKYE INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025<br>3210-00 | JEFFREY L. HARTMAN, ESQ<br>510 WEST PLUMB LANE, SUITE B<br>RENO, NV 89509 | Administrative | | $26,052.55 | $0.00 | $26,052.55 |
| 000002<br>054<br>5300-00 | ARBITRATION & REGULATORY ANALYSIS, INC.<br>R. MATTHEW SHINO<br>9780 EAST CACTUS ROAD<br>SCOTTSDALE, AZ 85260 | Priority | | $7,000.00 | $0.00 | $7,000.00 |
| 000013<br>054<br>5300-00 | LOUIS FRED HUGGINS, JR.<br>7349 E. RED HAWK ST.<br>MESA, AZ 85207 | Priority | | $1,041.67 | $0.00 | $1,041.67 |
| 000017<br>054<br>5300-00 | SCOTT M. THEOBALD<br>3360 EAST LAS ROCAS DRIVE<br>PHOENIX, ARIZONA 85028 | Priority | | $7,500.00 | $0.00 | $7,500.00 |
| 000001<br>070<br>7100-00 | ASSOCIATED GLOBAL SYSTEMS INC.<br>ATTN: BEVERLY SHECKLER<br>900 CALCON HOOD RD<br>SHARON HILL, PA 19079 | Unsecured | | $1,043.92 | $0.00 | $1,043.92 |
| 000003<br>070<br>7100-00 | JAMES H. COUNTS<br>c/o John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV 89505 | Unsecured | | $103,308.32 | $0.00 | $103,308.32 |
| 000004<br>070<br>7100-00 | ELECTROSEM, LLC<br>2600 SOUTH HARDY DRIVE<br>TEMPE, AZ 85282 | Unsecured | | $45,560.88 | $0.00 | $45,560.88 |
| 000005<br>070<br>7100-00 | JAMES F. BOCOOK<br>314 PEARMAN DAIRY R.<br>ANDERSON, SC 29625 | Unsecured | | $22,500.00 | $0.00 | $22,500.00 |
| 000006<br>070<br>7100-00 | CHRISTEN CARLL, IAPMO R&T<br>5001 E PHILADELPHIA ST.<br>ONTARIO, CA 91761 | Unsecured | | $1,495.00 | $0.00 | $1,495.00 |
| 000007<br>070<br>7100-00 | WESCO DISTRIBUTION, INC.<br>3425 E VAN BUREN, STE 140<br>PHEONIX, AZ 85008 | Unsecured | | $1,281.00 | $0.00 | $1,281.00 |
| 000008<br>070<br>7100-00 | DALLAS W. REUTTER<br>200 STEEPLECHARE CIRCLE<br>WILMINGTON, DE 19808 | Unsecured | | $5,000.00 | $0.00 | $5,000.00 |
| 000009<br>070<br>7100-00 | BUILDINGSTARS<br>11489 PAGE SERVICE DRIVE<br>ST. LOUIS, MO 63146 | Unsecured | | $1,327.33 | $0.00 | $1,327.33 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 23, 2014

Case Number: 11-51433
Debtor Name: SKYE INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | PHOENIX PLUMBING & DRAIN SERVICE, INC<br>28248 N. TATUM BL - 433<br>CAVE CREEK, AZ 85331 | Unsecured | | $937.71 | $0.00 | $937.71 |
| 000011<br>070<br>7100-00 | ERNEST WELLS<br>264 YORKETOWN DR<br>L.E.H., NEW JERSEY 08087 | Unsecured | | $15,000.00 | $0.00 | $15,000.00 |
| 000012<br>070<br>7100-00 | LORRAINE WELLS<br>264 YORKETOWNE DRIVE<br>LITTLE EGG HARBOR, N.J. 08087 | Unsecured | | $9,000.00 | $0.00 | $9,000.00 |
| 000014<br>070<br>7100-00 | FAY M. MATSUKAGE<br>DILL DILL CARR STONBRAKER & HUTCHINGS, P<br>455 SHERMAN STREET, #300<br>DENVER, CO 80203 | Unsecured | | $20,193.65 | $0.00 | $20,193.65 |
| 000015<br>070<br>7100-00 | GUNNAR SJOMAN, NILLA ANDERSON<br>RADMANSGATAN 43 5TH FLOOR<br>11358 STOCKHOLM, SWEDEN | Unsecured | | $7,000.00 | $0.00 | $7,000.00 |
| 000016<br>070<br>7100-00 | ROBERT S. WRIGHT<br>375 NW GILMAN BLVD 403<br>ISSAQUAH, WA 98027 | Unsecured | | $19,107.00 | $0.00 | $19,107.00 |
| 000018<br>070<br>7100-00 | KENT & ANNE E. JOLLEY<br>832 CANYON CREEK DR.<br>GLENWOOD SPRINGS, CO 81601 | Unsecured | | $334,998.67 | $0.00 | $334,998.67 |
| 000019<br>070<br>7100-00 | MANTYLA MCREYNOLDS, LLC<br>178 S. RIO GRANDE STREET, SUITE 200<br>SLC, UT 84101 | Unsecured | | $30,631.43 | $0.00 | $30,631.43 |
| 000020<br>070<br>7100-00 | PHILLIP WAYNE WILLIAMS<br>3 SANDY CREEK DRIVE<br>LONGVIEW, TEXAS 75605 | Unsecured | | $20,000.00 | $0.00 | $20,000.00 |
| 000021<br>070<br>7100-00 | KARL H. MAERZLUFT<br>22805 N. 91ST WAY<br>SCOTTSDALE, AZ 85255 | Unsecured | | $5,000.00 | $0.00 | $5,000.00 |
| 000022<br>070<br>7100-00 | PHIL SANCHEZ<br>1100 W. HUNITINGTON DR. #15<br>ARCADIA, CA. 91007 | Unsecured | | $850.00 | $0.00 | $850.00 |
| 000023<br>070<br>7100-00 | ROBERT B. ALLEN AND JANICE ALLEN<br>7759 E ADELE CT<br>SCOTTSDALE, AZ 85255 | Unsecured | | $0.00 | $0.00 | $0.00 |

Case Number: 11-51433 Claim Class Sequence
Debtor Name: SKYE INTERNATIONAL, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000024<br>070<br>7100-00 | ARTHUR LOCCISANO<br>1035 SUNRISE BLVD<br>PRESCOTT, AZ 86301 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000025<br>070<br>7100-00 | ARTHUR LOCCISANO<br>1035 SUNRISE BLVD<br>PRESCOTT, AZ 86301 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000026<br>070<br>7100-00 | SIDE JOBS, INC.<br>5345 E. GELDING DR.<br>SCOTTSDALE, AZ 85254 | Unsecured | | $3,567.99 | $0.00 | $3,567.99 |
| 000031<br>072<br>7200-00 | SUMMIT CAPITAL USA, INC.<br>605 W KNOX RD., SUITE 202<br>TEMPE, AZ 85284 | Unsecured | | $43,200.00 | $0.00 | $43,200.00 |
| 000032<br>072<br>7200-00 | GREGG C JOHNSON<br>6081 W PARK AVE<br>CHANDLER, AZ 85226 | Unsecured | | $608,154.00 | $0.00 | $608,154.00 |
| 000035<br>070<br>7100-00 | TED MAREK REAL ESTATE<br>DEFINED BENEFIT PENSION<br>12210 N. 76TH PLACE<br>SCOTTSDALE, AZ 85260 | Unsecured | | $7,500.00 | $0.00 | $7,500.00 |
| 000036<br>070<br>7100-00 | Ted Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno. NV 89501 | Unsecured | | $4,146.72 | $0.00 | $4,146.72 |
| 000037<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000038<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000039<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000040<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP | Unsecured | | $0.00 | $0.00 | $0.00 |

Case Number: 11-51433
Debtor Name: SKYE INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | | | | | |
| 000041<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000042<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000043<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000044<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000045<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000046<br>070<br>7100-00 | Thaddeus F. "Ted&quot<br>Marek<br>c/o Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000027<br>050<br>4210-00 | SUMMIT GROWTH MGMT., LLC<br>c/o CHRISTOPHER D. JAIME, ESQ.<br>MAUPIN, COX & LEGOY<br>P.O. BOX 30000<br>RENO, NV 89520 | Secured | | $1,541,368.00 | $0.00 | $1,541,368.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 23, 2014

Case Number: 11-51433
Debtor Name: SKYE INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000028<br>050<br>4210-00 | SUMMIT GREEN<br>MANUFACTURING, INC.<br>c/o CHRISTOPHER D. JAIME, ESQ.<br>MAUPIN, COX & LEGOY<br>P.O. BOX 30000<br>RENO, NV 89520 | Secured | | $0.00 | $0.00 | $0.00 |
| 000029<br>050<br>4210-00 | STEVEN G. MIHAYLO TRUST<br>(RESTATED)<br>DATED 12/13/01<br>c/o CHRISTOPHER D. JAIME, ESQ.<br>MAUPIN, COX & LEGOY<br>P.O. BOX 30,000<br>RENO, NV 89520 | Secured | | $1,875,000.00 | $0.00 | $1,875,000.00 |
| 000030<br>050<br>4210-00 | STEVEN G. MIHAYLO<br>c/o CHRISTOPHER D. JAIME, ESQ.<br>MAUPIN, COX & LEGOY<br>P.O. BOX 30,000<br>RENO, NV 89520 | Secured | | $26,645.83 | $0.00 | $26,645.83 |
| 000033<br>050<br>4210-00 | Thaddeus (Ted) F. Marek/Ted Marek<br>Defined Benefit<br>c/0 Louis M. Bubala III, Esq.<br>Armstrong Teasdale LLP<br>50 W. Liberty St., Ste. 950<br>Reno, NV 89501 | Secured | | $224,034.50 | $0.00 | $224,034.50 |
| 000034<br>050<br>4210-00 | TED MAREK REAL ESTATE<br>DEFINED BENEFIT PENSION<br>12210 N. 76TH PLACE<br>SCOTTSDALE, AZ 85260 | Secured | | $1,500.00 | $0.00 | $1,500.00 |
| | Case Totals: | | | $5,020,946.17 | $0.00 | $5,020,946.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-51433 BTB
Case Name: SKYE INTERNATIONAL, INC.
Trustee Name: JERI COPPA-KNUDSON

Balance on hand $ 7,191.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000027 | SUMMIT GROWTH MGMT., LLC | $ 1,541,368.00 | $ 1,541,368.00 | $ 0.00 | $ 0.00 |
| 000028 | SUMMIT GREEN MANUFACTURIN G, INC. | $ 1,541,368.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | STEVEN G. MIHAYLO TRUST (RESTATED) | $ 1,875,000.00 | $ 1,875,000.00 | $ 0.00 | $ 0.00 |
| 000030 | STEVEN G. MIHAYLO | $ 26,645.83 | $ 26,645.83 | $ 0.00 | $ 0.00 |
| 000033 | Thaddeus (Ted) F. Marek/Ted Marek | $ 224,034.50 | $ 224,034.50 | $ 0.00 | $ 0.00 |
| 000034 | TED MAREK REAL ESTATE | $ 1,500.00 | $ 1,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 7,191.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JERI COPPA-KNUDSON | $ 1,514.39 | $ 0.00 | $ 1,514.39 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: JERI COPPA-KNUDSON | $ 138.11 | $ 0.00 | $ 138.11 |
| Attorney for Trustee Fees: JEFFREY L. HARTMAN, ESQ | $ 25,600.00 | $ 0.00 | $ 5,442.47 |
| Attorney for Trustee Expenses: JEFFREY L. HARTMAN, ESQ | $ 452.55 | $ 0.00 | $ 96.21 |

Total to be paid for chapter 7 administrative expenses $ 7,191.18

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,541.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | ARBITRATION & REGULATORY ANALYSIS, INC. | $ 7,000.00 | $ 0.00 | $ 0.00 |
| 000013 | LOUIS FRED HUGGINS, JR. | $ 1,041.67 | $ 0.00 | $ 0.00 |
| 000017 | SCOTT M. THEOBALD | $ 7,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 659,449.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ASSOCIATED GLOBAL SYSTEMS INC. | $ 1,043.92 | $ 0.00 | $ 0.00 |
| 000003 | JAMES H. COUNTS | $ 103,308.32 | $ 0.00 | $ 0.00 |
| 000004 | ELECTROSEM, LLC | $ 45,560.88 | $ 0.00 | $ 0.00 |
| 000005 | JAMES F. BOCOOK | $ 22,500.00 | $ 0.00 | $ 0.00 |
| 000006 | CHRISTEN CARLL, IAPMO R&T | $ 1,495.00 | $ 0.00 | $ 0.00 |
| 000007 | WESCO DISTRIBUTION, INC. | $ 1,281.00 | $ 0.00 | $ 0.00 |
| 000008 | DALLAS W. REUTTER | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000009 | BUILDINGSTARS | $ 1,327.33 | $ 0.00 | $ 0.00 |
| 000010 | PHOENIX PLUMBING & DRAIN SERVICE, INC | $ 937.71 | $ 0.00 | $ 0.00 |
| 000011 | ERNEST WELLS | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 000012 | LORRAINE WELLS | $ 9,000.00 | $ 0.00 | $ 0.00 |
| 000014 | FAY M. MATSUKAGE | $ 20,193.65 | $ 0.00 | $ 0.00 |
| 000015 | GUNNAR SJOMAN, NILLA ANDERSON | $ 7,000.00 | $ 0.00 | $ 0.00 |
| 000016 | ROBERT S. WRIGHT | $ 19,107.00 | $ 0.00 | $ 0.00 |
| 000018 | KENT & ANNE E. JOLLEY | $ 334,998.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | MANTYLA MCREYNOLDS, LLC | $ 30,631.43 | $ 0.00 | $ 0.00 |
| 000020 | PHILLIP WAYNE WILLIAMS | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 000021 | KARL H. MAERZLUFT | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000022 | PHIL SANCHEZ | $ 850.00 | $ 0.00 | $ 0.00 |
| 000023 | ROBERT B. ALLEN AND JANICE ALLEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000024 | ARTHUR LOCCISANO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | ARTHUR LOCCISANO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000026 | SIDE JOBS, INC. | $ 3,567.99 | $ 0.00 | $ 0.00 |
| 000035 | TED MAREK REAL ESTATE | $ 7,500.00 | $ 0.00 | $ 0.00 |
| 000036 | Ted Marek | $ 4,146.72 | $ 0.00 | $ 0.00 |
| 000037 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000042 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000044 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000045 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | Thaddeus F. "Ted&quot | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 651,354.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | SUMMIT CAPITAL USA, INC. | $ 43,200.00 | $ 0.00 | $ 0.00 |
| 000032 | GREGG C JOHNSON | $ 608,154.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE